**IN RE ESTATE OF TUCCI**

[331 N.C. 749 (1992)]

IN RE ESTATE OF SHIRLEY ALLRED TUCCI

No. 495PA91

(Filed 25 June 1992)

ON discretionary review of an opinion of the Court of Appeals, 104 N.C. App. 142, 408 S.E.2d 859 (1991), affirming orders entered by *Rousseau, J.*, in Superior Court, FORSYTH County, on 29 June 1990 and 24 July 1990. Heard in the Supreme Court 14 May 1992.

*Womble Carlyle Sandridge & Rice, by Michael E. Ray, Kurt C. Stakeman and Eric C. Morgan, for appellant Estate of Shirley Allred Tucci.*

*Harrison, North, Cooke & Landreth, by A. Wayland Cooke and Michael C. Landreth, for appellees.*

PER CURIAM.

Discretionary review improvidently allowed.